**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>CHU-CHIANG "KEVIN" HO,<br>WINTIS CORPORATION, SHIP<br>COMMUNICATIONS, INC.,<br>AELIS NOVA, LLC, and<br>MADERDOVE, LLC,<br><br>    Defendants. | Court No. 19-00102 |

## STATUS REPORT

Pursuant to the Court's Order dated September 14, 2021, as well as the most current Order granting an extension of time, dated July 8, 2022, the parties respectfully submit a joint status report to the Court in this matter.

Effective July 25, 2022, new counsel D. Jay Ritt of Ritt Hodges LLP substituted into this matter for Defendant CHU-CHIANG "KEVIN" HO. The United States does not oppose the substitution of attorney in any way.

Between July 26, 2022 and August 9, 2022, Mr. Ritt and William Kanellis on behalf of the United States met and conferred multiple times via telephone and Zoom. In their most recent discussions, Mr. Ritt and Mr. Kanellis were joined by Richard Novak, counsel for Defendant Ho in his criminal matter in the Northern District of California – since resolved by way of plea, conviction, time

served and a judgment order – related to the same events giving rise to this action.

As a result of these discussions, the parties are at the following point in resolution of this civil matter:

1. Defendant Kevin Ho anticipates he will be entering into a partial judgment as set forth in the earlier Status Report of July 27, 2021;

2. The parties through counsel are currently meeting and conferring regarding the amount of that judgment;

3. To that end, Defendant Ho will be providing extensive financial disclosures and coordinating with both the DOJ in this action and the probation office in the Northern District of California where Defendant's criminal conviction and judgment resides in order to arrive at a fair and equitable civil judgment and payment plan that is achievable and congruent; and

4. The parties will be requesting a Stay of three (3) months in order to pursue the foregoing steps towards resolution.

Counsel for the United States has reviewed this report and consents to the representations made on its behalf.

DATED:  August 12, 2022

Respectfully submitted,

RITT HODGES LLP

/s/ D. Jay Ritt
_____
D. JAY RITT
65 North Raymond Ave., Suite 320
Pasadena, CA 91103
Tel:   (626) 685-2550
Email: ritt@rtthlaw.com

Attorneys for Defendant CHU-CHIANG "KEVIN" HO

## CERTIFICATE OF SERVICE

I hereby certify that on **August 12, 2022,** I electronically filed documents with the Clerk of the Court by using the CM/ECF system described as:

## STATUS REPORT

I certify that all registered CM/ECF participants in the case were served electronically through the United States Court of International Trade CM/ECF website as evidenced on the Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 12, 2022,** at Pasadena, California**.**

*Lisa M. Wells*
LISA M. WELLS