UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **UNITED STATES,**<br><br>                    Plaintiff,<br><br>v.<br><br>**CHU-CHIANG "KEVIN" HO, WINTIS CORPORATION, SHIP COMMUNICATIONS, INC., AELIS NOVA, LLC, AND MADERDOVE, LLC,**<br><br>                    Defendants. | Before: Timothy M. Reif, Judge<br><br>Court No. 19-00102 |

### ORDER

On August 25, 2022, defendant Chu-Chiang "Kevin" Ho requested that the Court stay the proceedings in Court No. 19-00038 and in this case to "allow the parties to pursue resolution" of both matters. Unopposed Mot. of Def. Kevin Ho to Stay the Proceeding, *United States v. Chu-Chiang Ho* ("*Ho II*") at 4, No. 19-cv-00102 (Ct. Int'l Trade Aug. 25, 2022), ECF No. 34. The Court stayed the proceedings in both matters until December 22, 2022. Order (Sept. 22, 2022), *United States v. Chu-Chiang Ho* ("*Ho I*"), No. 19-00038, ECF No. 42; Order on Mot. to Stay the Proceeding (Sept. 22, 2022), *Ho II*, ECF No. 35.

In their joint status report of December 22, 2022, the parties requested that the Court continue to stay both matters for a period of three months, until March 22, 2023, to finalize resolution of the matters. Status Report (Dec. 22, 2022), *Ho I* at 3, ECF No. 43. On March 22, 2023, the parties requested an additional three months. Status

Court No. 19-00102 Page 2

Report (Mar. 22, 2023), *Ho I* at 3-4, ECF No. 45.  "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).  Accordingly, it is hereby

      ORDERED that the proceedings in this case are stayed until June 22, 2023.

      It is further ORDERED that if the matter is not resolved by June 22, 2023, the parties shall file a joint status report on June 22, 2023.

                                                    /s/    Timothy M. Reif
                                              Timothy M. Reif, Judge

Dated: <u>March 23, 2023</u>
       New York, New York